

**NUMBER 13-19-00372-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

**IN RE STATE AUTOMOBILE MUTUAL INSURANCE COMPANY**

**On Petition for Writ of Mandamus.**

**ORDER**

**Before Justices Longoria, Hinojosa, and Perkes**
**Per Curiam Order**

Relator State Automobile Mutual Insurance Company filed a petition for writ of mandamus and an "Emergency Motion to Stay Discovery Order" in the above cause on August 1, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate its July 29, 2019 discovery order which, inter alia, compels relator to provide corporate witnesses for deposition and to respond to interrogatories and requests for production. Through its emergency motion to stay, relator seeks to stay the July 29, 2019 discovery order pending resolution of this original proceeding.

The Court, having examined and fully considered the emergency motion to stay, is of the opinion that the motion should be granted in part and denied in part as stated

herein. The emergency motion is GRANTED in part insofar as the provisions of the July 29, 2019 order authorizing and ordering discovery are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided."). The emergency motion is DENIED in part as to the other paragraphs of the July 29, 2019 order. Specifically, relator shall comply with: (1) paragraph 2 of the order, requiring relator, its attorneys, agents, employees, contractors, or others acting on its behalf, to cease and desist from further efforts to implement or utilize the information from the poll or any similar poll; (2) paragraph 8 of the order, requiring relator to refrain from destroying, concealing, deleting, erasing or altering any documents (in paper or electronic form) relating or pertaining to the poll, its authorization, approval, preparation, or implementation; and (3) paragraph 9 of the order requiring relator to provide a copy of the order to any person, firm or entity involved in any way in the authorization, approval, preparation, or implementation of the poll, with instructions to not destroy, conceal, delete, erase, or alter any documents (in paper or electronic form) relating or pertaining to the poll, its authorization, approval, preparation, or implementation.

The Court requests that the real parties in interest, Wayne Pozzi and Kelly Pozzi, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed
this 2nd day of August, 2019.

2